# Exhibit E



Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Joseph D. Jean
tel: 212.858.1038
joseph.jean@pillsburylaw.com

November 24, 2015

**VIA FEDERAL EXPRESS**

Gary Mann
Senior Claims Adjuster
Brit Global Specialty
Directors & Officers Legal Liability
55 Bishopsgate
London, UK EC2N 3AS

Re: **Named Insured:** Fédération Internationale de Football Association ("FIFA")
**Insured Person:** Julio Rocha
**Policy No.:** LI1413318 ("Policy")
*United States against Jeffrey Webb, et al.* (the "Indictment")
<u>Request for Reimbursement and Advancement of Defense Costs</u>

Dear Mr. Mann:

We represent Julio Rocha, an Insured Person under the Policy. We write to request reimbursement and an advance under the Policy for Mr. Rocha's defense costs associated with defending the Indictment and the United States' efforts to extradite Mr. Rocha to the United States (see Enclosure). We write to you as the Senior Claims Adjuster for Brit Global Specialty which we understand is the Slip Leader and is, accordingly, authorized to act on behalf of the others subscribing to the Policy. Please advise if we need to write to anyone else.

As you know, on May 20, 2015, a federal grand jury in the Eastern District of New York returned a forty-seven count indictment against fourteen individual defendants, including Julio Rocha, alleging various crimes, affecting and occurring, in part, in the United States and committed by individuals employed by or associated with FIFA. We understand that you have previously been provided with Notice of a Claim and the Indictment by Eduardo Li as of, at the latest, July 20, 2015.

Julio Rocha, a citizen of Nicaragua, was the President of the Federación Nicaragüense de Futbol, the Nicaraguan soccer federation, which was a national member association of

www.pillsburylaw.com

4848-5336-8107.v1

Mr. Gary Mann
November 24, 2015
Page 2

FIFA and the Confederation of North, Central America and Caribbean Association Football ("CONCACAF"). From in or about January 2013, Mr. Rocha was a FIFA Development Officer based in Panama, responsible for overseeing FIFA's development efforts in Central America.

The Indictment alleges six separate counts against Mr. Rocha, and claims that, while a FIFA Officer, Mr. Rocha used his positions within the organization to obtain bribes and kickbacks in connection with the sale of commercial rights to FIFA World Cup qualifying matches. In particular, Counts 18-20 of the Indictment charge Mr. Rocha with conspiracy to commit wire fraud and wire fraud in violation of Title 18, United States Code, Sections 1343, 1343 and 2, 1349, and 3551 *et seq*. Counts 21 and 22 of the Indictment charge Mr. Rocha with conspiracy to commit money laundering and money laundering in violation of Title 18, United States Code, Sections 1956(h), 1956(a)(2)(A), 2, and 3551 *et seq*. As you know, the Indictment also charges Mr. Rocha with violation of Title IX of the Organized Crime Control Act of 1970 ("RICO") but does not seek damages from Mr. Rocha for violation of RICO.

Based on these charges, a warrant was issued for Mr. Rocha's arrest on May 21, 2015. On May 21, 2015, the United States Department of Justice and the United States Attorney's Office for the Eastern District of New York submitted a request for Mr. Rocha's provisional arrest to the Swiss Federal Office of Justice. On July 1, 2015, the United States Department of Justice and the United States Attorney's Office for the Eastern District of New York submitted the request for Extradition to the Swiss Federal Office of Justice.

Please be advised that Mr. Rocha has retained William Sullivan and Tom Hill of Pillsbury Winthrop Shaw Pittman LLP to defend him against the Indictment and Extradition action.

Mr. Sullivan leads Pillsbury Winthrop's DC office litigation practice and is co-leader of the Firm's Corporate Investigations and White Collar Defense team. A former federal prosecutor, he concentrates on corporate internal investigations, trial practice, white collar criminal defense and securities related litigation and enforcement. He has extensive experience in representing both corporations and individuals in investigations, litigation, enforcement proceedings and criminal cases and trials, initiated by the SEC, FINRA, OCC, DOJ, and other regulatory agencies. Mr. Sullivan's practice features a particular emphasis upon the Foreign Corrupt Practices Act and international criminal cartel enforcement.

Mr. Hill is a senior litigation partner in Pillsbury's Washington, DC office where as a 30 year plus member of the firm's White Collar criminal and Government Investigations practice, he leads the firm's False Claims Act practice. As a former federal prosecutor at the US Attorney's Office for the District of Columbia, Mr. Hill concentrates his practice on representing companies and individuals who are being investigated and/or charged

Mr. Gary Mann
November 24, 2015
Page 3

with wrongdoing, in the criminal, civil and administrative contexts. Mr. Hill has tried more than 75 jury trials to verdict.

All of the charges are covered by the Policy. Accordingly, Mr. Rocha requests immediate reimbursement and an advance of defense costs associated with his defense of the Indictment and the Extradition action.

Please let us know if you require any additional information and we will endeavor to provide it to the extent we are able. We will be providing you with defense invoices shortly. We appreciate your prompt acknowledgement of receipt and of coverage. In the meantime, we reserve all of Mr. Rocha's rights under the Policy and the law.

Sincerely,

Joseph D. Jean

cc:   Julio Rocha
      William Sullivan, Esq.
      Thomas Hill, Esq.