# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO ROCHA,<br><br>                 Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; AXIS SPECIALTY EUROPE SE,<br><br>                 Defendants. | Civil Action No.:<br><br>**<u>DECLARATION OF JULIO ROCHA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>** |

I, Julio Rocha, declare as follows:

1. I served as the President of Federación Nicaragüense de Futbol ("FENIFUT"), a national member association of CONCACAF and the Fédération Internationale de Football Association ("FIFA"), from 1986 to 2012.

2. As President of FENIFUT, I was a member, executive or supervisor of FIFA and member of the FIFA Congress, the highest governing body within the FIFA organization.

3. Beginning in January 2013 until in or about June 2015, I was employed by FIFA as FIFA's Development Officer based in Panama, and was responsible for overseeing, managing and supervising FIFA's development efforts in Central America.

4. In my capacity as FIFA's Development Officer, I acted as a general agent, representative of FIFA and/or part of FIFA's executive staff and was employed by FIFA in a managerial or supervisory capacity.

I declare under penalty of perjury that the foregoing is true and correct

Executed this 24 day of May 2016.

_____
Julio Rocha

Sworn to me by
Julio Rocha on 5/24/2016

_____
Notary Public

ABRAHAM PATELSKY
Notary Public, State of New York
Qualified in Kings County
No. 01PA6146583
My Commission Expires May 22, 2018

2

4842-8863-3138.v1