PILLSBURY WINTHROP SHAW PITTMAN LLP
Joseph D. Jean
Alexander D. Hardiman
Janine M. Stanisz
1540 Broadway
New York, NY 10036-4039
212.858.1000
joseph.jean@pillsburylaw.com
alexander.hardiman@pillsburylaw.com
janine.Stanisz@pillsburylaw.com

*Attorneys for Plaintiff JULIO ROCHA*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIO ROCHA,<br><br>                  Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; AXIS SPECIALTY EUROPE SE,<br><br>                  Defendants. | Civil Action No.: **1:16-cv-02327 RJD-RML**<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION REQUIRING DEFENDANTS TO PAY DEFENSE COSTS** |

Upon the Declaration of Alexander D. Hardiman, dated May 25, 2106, and the exhibits annexed thereto, the Declaration of Julio Rocha, and the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction Requiring Defendants to Pay Defense Costs, it is hereby:

ORDERED that the above-named Defendants, Certain Underwriters at Lloyd's, London and Axis Specialty Europe SE, shall show cause before the Honorable Raymond J. Dearie at Courtroom **10A** of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on June **21**, 2016, at **12** o'clock in the **P.M.** thereof, or as soon thereafter as counsel may be heard, why an order should not be issued and entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(i) requiring Defendants to reimburse Plaintiff within ten (10) days for those unreimbursed defense costs incurred by Plaintiff through May 25, 2016 in connection with an indictment issued by the Grand Jury for the Eastern District of New York, a related request by the United States Government to the Swiss authorities to extradite Plaintiff to the United States to stand trial, and the Victim Statement and Request for Restitution filed by FIFA in connection with the indictment;

(ii) requiring Defendants to advance to Plaintiff defense costs associated with an indictment issued by the Grand Jury for the Eastern District of New York, a related request by the United States Government to the Swiss authorities to extradite Plaintiff to the United States to stand trial, and the Victim Statement and Request for Restitution filed by FIFA in connection with the indictment; and

(iii) for such other relief as this Court deems just and proper.

IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause, together with all of its supporting papers upon which it is based, be made upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the __3rd__ day of June, 2016 by 12:00 P.M., which shall be deemed good and sufficient service thereof; and

IT IS FURTHER ORDERED that answering papers, if any, shall be served upon Plaintiff's attorneys Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York 10036-4039, by electronic mail, hand delivery or overnight delivery on or before the __10th__ day of June, 2016 by 3:00 P.M., which shall be deemed good and sufficient service thereof; and

IT IS FURTHER ORDERED that reply papers, if any, shall be served upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the __14th__ day of June, 2016 by 3:00 P.M., which shall be deemed good and sufficient service thereof.

Dated: June __1__, 2016
Brooklyn, New York

s/ RJD

_____
Honorable Raymond J. Dearie
United States District Judge

2