# Ex. B

# FRIEDLI & SCHNIDRIG
RECHTSANWÄLTE ‖ ATTORNEYS-AT-LAW



GEORG FRIEDLI
RECHTSANWALT, M.C.L.

GERHARD SCHNIDRIG
RECHTSANWALT

GREGOR MARCOLLI
RECHTSANWALT

DOMINIK EICHENBERGER
RECHTSANWALT

CHRISTOPH THOMET
RECHTSANWALT

DANIELA BYLAND
RECHTSANWÄLTIN und NOTARIN

ROMAN STALDER
RECHTSANWALT

Eingetragen im Anwaltsregister
des Kantons Bern

Einschreiben

Herr Erik Stenberg
Baudacci Nigg Stenberg
Lindenstrasse 22
8034 Zürich

Bern, 22. Dezember 2015 GF/CT/co
X1036101

**FIFA Directors and Officers Liability Versicherungspolice Nr. LI1413318**
**Julio ROCHA LOPEZ; Anmeldung eines Schadenfalles, Gesuch um Erteilung der Kostengutsprache**

Sehr geehrter Herr Kollege

In der obgenannten Angelegenheit teile ich Ihnen mit, dass ich die Interessen von Herrn Julio ROCHA LOPEZ vertrete; die Anwaltsvollmacht lasse ich Ihnen beiliegend zugehen (Beilage 1).

Mit Schreiben vom 18. Dezember 2015 (bei uns eingegangen am 21. Dezember 2015; Beilage 2) wurde uns die FIFA Directors and Officers Liability Versicherungspolice Nr. LI1413318 zugestellt. Für die weitere Korrespondenz in Zusammenhang mit der Versicherung wurden wir von Seiten der FIFA an Sie verwiesen; offenbar sind Sie mit der vorliegenden Angelegenheit betraut. Aus diesem Grund erlaube ich mir, hiermit den Schadenfall bei Ihnen anzumelden. Sollte der Schadenfall an einer anderen Stelle angemeldet werden müssen, bitte ich um umgehende Rückmeldung.

Es dürfte Ihnen bekannt sein, dass Herr Julio ROCHA, zusammen mit weiteren FIFA Offiziellen, auf Antrag der Vereinigten Staaten von Amerika in Zürich am 27. Mai 2015 verhaftet wurde. Es dürfte Ihnen zudem bekannt sein, dass die Vereinigten Staaten von Amerika unter anderem gegen Herrn Julio ROCHA ein Strafverfahren führen. Mit Antrag vom 1. Juli 2015 (Beilage 3) ersuchten die Vereinigten Staaten von Amerika die Schweiz formell um Auslieferung von Herrn ROCHA. Zurzeit vertrete ich die Interessen von Herrn ROCHA im Auslieferungsverfahren, im Verfahren vor der FIFA-Ethikkommission sowie teilweise in Bezug auf die Beendigung des sich nach dem Schweizerischen Obligationenrecht richtenden Mandatsverhältnisses mit der FIFA.

**FRIEDLI & SCHNIDRIG**
RECHTSANWÄLTE & ATTORNEYS-AT-LAW

2

Gestützt auf die eingangs erwähnte D/O-Versicherung der FIFA sind die Anwalts- und Gerichtskosten in Bezug auf das Auslieferungsverfahren, das Verfahren vor der FIFA-Ethikkommission und unseres Erachtens auch in Bezug auf die Vertragsauflösung gedeckt. Wir ersuchen Sie höflich, ein Schadendossier zu eröffnen und die Kostengutsprache zu erteilen.

Zum Sachverhalt sowie zur Begründung des Schadensfalls erlaube ich mir folgende Ausführungen:

1. Zur Person

    1.1 Julio ROCHA ist Staatsangehöriger von Nicaragua. Seine Tätigkeit für die FIFA übte er in Panama aus.

    1.2 Herr Julio ROCHA war zwischen 1990 und 2012 Präsident des Nicaraguanischen Fussballverbands FENIFUT, welcher wiederum Mitglied der FIFA sowie des mittel- und nordamerikanischen Fussballverbandes CONCACAF ist.

    1.3 Seit Januar 2013 bis Ende Mai 2015 war Herr ROCHA Development Officer der FIFA und zuständig für die Entwicklungshilfe der FIFA in 11 zentralamerikanischen Ländern (vgl. Beilage 5).

2. Zum Sachverhalt (chronologisch)

    2.1 Mit Fax vom 21. Mai 2015 ersuchte das Justizdepartement der Vereinigten Staaten von Amerika die Schweiz um Verhaftung zwecks Auslieferung von Herrn ROCHA. Dieser wurde am 27. Mai 2015 in Zürich verhaftet und gestützt auf den in der Folge ergangenen Auslieferungshaftbefehl des Bundesamtes für Justiz vom 22. Mai 2015 in provisorische Auslieferungshaft gesetzt.

    2.2 Am 27. Mai 2015 wurde Herrn ROCHA im Sinne einer provisorischen Massnahme von der FIFA-Ethikkommission verboten, Tätigkeiten in Zusammenhang mit dem Fussball auszuüben (vgl. Beilage 6).

    2.3 Mit Schreiben vom 2. Juli 2015 löste die FIFA den Vertrag mit Herrn ROCHA mit sofortiger Wirkung auf (vgl. Beilage 7).

    2.4 Mit Note vom 1. Juli 2015 (Beilage 4) ersuchte die Botschaft der Vereinigten Staaten von Amerika in Bern die Schweiz um Auslieferung des Beschwerdeführers für die ihm im Haftbefehl bzw. in der Anklageschrift des „U.S. District Court for the Eastern District of New York" vom 20. Mai 2015 zur Last gelegten Straftaten (vgl. Beilage 8).

2.5 Im Rahmen seiner Einvernahme vom 14. Juli 2015 widersetzte sich der Beschwerdeführer einer Auslieferung an die Vereinigten Staaten von Amerika.

2.6 Mit Entscheidbegründung vom 16. Juli 2015 (Beilage 9) bestätigte die FIFA-Ethikkommission die provisorischen Massnahmen vom 27. Mai 2015 (vgl. Beilage 6).

2.7 Mit Note vom 10. August 2015 ersuchte die Republik Nicaragua ebenfalls um Auslieferung des Verfolgten. Im Rahmen einer diesbezüglichen Einvernahme vom 14. August 2015 erklärte der Beschwerdeführer, mit einer vereinfachten Auslieferung an die Republik Nicaragua einverstanden zu sein.

2.8 Mit Entscheid vom 15. Oktober 2015 bewilligte das Bundesamt für Justiz die Auslieferung des Beschwerdeführers an die Vereinigten Staaten von Amerika. Zudem entschied das Bundesamt für Justiz, dass der Beschwerdeführer prioritär an die Vereinigten Staaten von Amerika ausgeliefert werde. Gleichzeitig wurde seine Weiterlieferung an die Republik Nicaragua bewilligt (vgl. Beilage 10). Das Beschwerdeverfahren ist zurzeit vor dem Bundesstrafgericht in Bellinzona hängig. Ein Entscheid ist für Anfang 2016 zu erwarten.

3. Zum Vorwurf:

Gemäss dem Indictment der Vereinigten Staaten von Amerika vom 20. Mai 2015 werden gegen Herrn ROCHA insgesamt sechs separate Vorwürfe erhoben (Anklagepunkte 1, 18, 19, 20, 21 und 22). Zusammengefasst wird Herrn ROCHA vorgeworfen, seine Position in der „Organisation" ausgenutzt zu haben, um Bestechungsgelder und weitere Zahlungen in Zusammenhang mit dem Verkauf von Medienrechten an den Qualifikationsspielen für die FIFA Weltmeisterschaften im Jahr 2018 gefordert und erhalten zu haben. Die Republik Nicaragua hat Anklage gegen Herrn ROCHA betreffend dieselben Delikte erhoben. Die Vorwürfe werden von Herrn ROCHA bestritten.

Der vorangehende Sachverhalt betrifft einen Schadenfall, welcher von der FIFA Directors and Officers Liability Versicherungspolice Nr. LI1413318 gedeckt ist. Gerne ersuche ich Sie daher, die Kostengutsprache für die Anwaltskosten sowie die Gerichtsgebühren zu erteilen.

**FRIEDLI & SCHNIDRIG**
RECHTSANWÄLTE | ATTORNEYS-AT-LAW

Bei allfälligen Rückfragen stehe ich Ihnen gerne zur Verfügung.

Mit freundlichen Grüssen

Georg Friedli, Rechtsanwalt

Beilagen gemäss separatem Verzeichnis
cc. Klient

**FRIEDLI & SCHNIDRIG**
RECHTSANWÄLTE & ATTORNEYS-AT-LAW

5

## BEILAGENVERZEICHNIS

zum Schreiben von Rechtsanwalt Georg Friedli vom 22. Dezember 2015
i.S. Anmeldung Schadenfall für Julio ROCHA LOPEZ

— Anwaltsvollmacht vom 01.06.2015                                              Beilage 1
— Schreiben von der FIFA vom 18.12.2015                                        Beilage 2
— Diplomatische Note der Vereinigten Staaten von Amerika vom 01.07.2015        Beilage 3
— Vertrag zwischen der FIFA und Herrn ROCHA 19.12.2012                         Beilage 4
— Provisorische Massnahmen der FIFA vom 27.05.2015                             Beilage 5
— Kündigungsschreiben der FIFA vom 02.07.2015                                  Beilage 6
— Indictment vom 20.05.2015                                                    Beilage 7
— Entscheidbegründung provisorische Massnahmen vom 16.07.2015                  Beilage 8
— Entscheid des Bundesamts für Justiz, Fachbereich Auslieferung vom
  15.10.2015 (Verfahren B 241'793-VOM)                                         Beilage 9

**FRIEDLI & SCHNIDRIG**
RECHTSANWÄLTE & ATTORNEYS-AT-LAW

5

# BEILAGENVERZEICHNIS

zum Schreiben von Rechtsanwalt Georg Friedli vom 22. Dezember 2015
i.S. Anmeldung Schadenfall für Julio ROCHA LOPEZ

| | |
|---|---|
| − Anwaltsvollmacht vom 01.06.2015 | Beilage 1 |
| − Schreiben von der FIFA vom 18.12.2015 | Beilage 2 |
| − Diplomatische Note der Vereinigten Staaten von Amerika vom 01.07.2015 | Beilage 3 |
| − Vertrag zwischen der FIFA und Herrn ROCHA 19.12.2012 | Beilage 4 |
| − Provisorische Massnahmen der FIFA vom 27.05.2015 | Beilage 5 |
| − Kündigungsschreiben der FIFA vom 02.07.2015 | Beilage 6 |
| − Indictment vom 20.05.2015 | Beilage 7 |
| − Entscheidbegründung provisorische Massnahmen vom 16.07.2015 | Beilage 8 |
| − Entscheid des Bundesamts für Justiz, Fachbereich Auslieferung vom 15.10.2015 (Verfahren B 241'793-VOM) | Beilage 9 |