**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIO ROCHA, <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; AXIS SPECIALTY EUROPE SE, <br><br> Defendants. | Civil Action No.: **1:16-CV-02327** <br><br> **DECLARATION OF ALEXANDER D. HARDIMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, ALEXANDER D. HARDIMAN, being duly sworn, deposes and says:

1. I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Plaintiff Julio Rocha. I submit this Declaration in Support of Plaintiff Julio Rocha's Motion for Preliminary Injunction Requiring Defendants to Pay Defense Costs.

2. Attached hereto as **Exhibit A** is a true and complete copy of the November 24, 2015 Superseding Indictment filed against fourteen individual defendants, including Julio Rocha.

3. Attached hereto as **Exhibit B** is a true and complete copy of Appendix 1, to the Employment Agreement between Mr. Rocha and Fédération Internationale de Football Association ("FIFA"), dated December 27, 2012.

4. Attached hereto as **Exhibit C** is a true and complete copy of the Transcript of the Civil Cause for Order to Show Cause, dated June 21, 2016.

5. Attached hereto as **Exhibit D** is a December 16, 2015 letter from Baudacci Nigg Stenberg to Mr. Rocha's U.S. coverage counsel.

4835-9847-7366.v1

6. Attached hereto as **Exhibit E** is a true and complete copy of this Court's April 27, 2016 Memorandum & Order in the related case of <u>Eduardo Li v. Certain Underwriters at Lloyd's, London, et al.</u>, Case No. 15-CV-06099 (RJD).

7. Attached hereto as **Exhibit F** is a true and complete copy of "Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption," DEPARTMENT OF JUSTICE, *available at* https://www.justice.gov/opa/pr/nine-fifa-officials-and-five-corporate-executives-indicted-racketeering-conspiracy-and (May 27, 2016).

Dated: August 5, 2016                                                                                     Respectfully submitted,


   /s/ Alexander D. Hardiman

Alexander D. Hardiman

2

Error! Unknown document property name.
4835-9847-7366.v1