

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Alexander D. Hardiman
tel: 212.858.1064
alexander.hardiman@pillsburylaw.com

September 20, 2016

<u>Via ECF</u>

The Honorable Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Rocha v. Certain Underwriters at Lloyd's, London; Axis Specialty Europe
SE, No. 1:16-cv-02327 (E.D.N.Y.)**

Dear Judge Dearie:

We represent Plaintiff Julio Rocha in the above-captioned insurance coverage action (the "Rocha
Action"). As Your Honor is aware, on May 26, 2016, Mr. Rocha moved for a preliminary
injunction ("Preliminary Injunction Motion") requiring Certain Underwriters at Lloyd's, London
and Axis Specialty Europe SE (the "Defendants") to immediately pay his incurred costs and
make contemporaneous payments under the insurance policy (the "Policy") at issue in
connection with his defense of a criminal indictment and related proceedings.

We respectfully request that Mr. Rocha's Preliminary Injunction Motion be granted in light of
the law on the substantive issues case confirmed by Your Honor's August 18, 2016 Order in the
related case of <u>Eduardo Li v. Certain Underwriters at Lloyd's, London, et al.</u>, Case No. 15-CV-
06099 (RJD) (the "<u>Li</u> Litigation"), which denied the Defendants' motion for reconsideration of
the Court's April 27, 2016 Order. Specifically, in the <u>Li</u> Litigation, Your Honor denied the
Defendants' motion for reconsideration and reconfirmed the Court's exercise of ancillary
jurisdiction, in part because "the dispute arises at a critical time for both the defendant and the
Court in the midst of a complex, multi-defendant trial, and the significant factual overlap
between the criminal and civil actions." August 18, 2016 Order, at p. 2. This same reasoning
should also be applied in the Rocha Action.

Mr. Rocha faces mounting defense costs and, as set forth in his declaration submitted in support
of the Preliminary Injunction Motion, neither Mr. Rocha nor his family have the financial means
to fund the defense of a complex criminal action. Critically, we are informed and believe that
the plaintiff in the <u>Li</u> Litigation, as well as other insureds, have been receiving payments under
the Policy and thus the policy limits available to all insureds, including Mr. Rocha, are being
eroded. In this regard, with the passage of time Mr. Rocha risks this Court finding him entitled
to insurance coverage only to find out that the policy limits have been significantly eroded or

4817-5439-7240.v1

exhausted.  Accordingly, Mr. Rocha respectfully requests expedited relief in connection with his Preliminary Injunction Motion.

Respectfully Submitted,

/s/ Alexander D. Hardiman

Alexander D. Hardiman
Partner